## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Brian D. Ricciardi | : | |
| **Debtor** | : | |
| | : | CHAPTER 7 |
| Pennymac Loan Services, LLC | : | |
| | : | |
| **Movant** | : | Case No. 21-13237-MDC |
| v. | : | Hearing Date: 01-19-2021 at 10:30 am |
| | : | |
| Brian D. Ricciardi | : | 11 U.S.C. 362 |
| **Respondent** | : | |
| | : | |
| Gary F. Seitz, Esq. | : | |
| **Trustee** | : | |
| | : | |

### ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

And now Brian D. Ricciardi, by his attorney, Stephen M. Dunne, Esquire answers the request for relief from the automatic stay and avers as follows:

1. Admitted.
2. Admitted.
3. Denied.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Admitted.
10. Denied.
11. Denied.

WHEREFORE, debtor requests that the motion for relief from the automatic stay be denied.

Respectfully submitted,

Stephen M. Dunne, Esquire
/s/ Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA 19102
215-551-7109 (O)