IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| BRIAN D. RICCIARDI | : | |
| | : | BK. NO. 21-13237- MDC |
| DEBTOR | : | |

**DEBTOR'S STATEMENT REGARDING PAYMENT ADVICES
PURSUANT TO 11 U.S.C. § 521(A)(1)(B)(IV)**

I, Brian D. Ricciardi state as follows:

I have not filed with the Court or submitted to the Trustee copies of all payment advices or other evidence of payment received from an employer within sixty (60) days before the date of the filing of petition because:

I did not receive payment advices during the sixty (60) days before the date of the filing of the petition.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct.

Date: January 12, 2022

                                                /s/ Brian D. Ricciardi

                                                Debtor