**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Brian D. Ricciardi, | : | |
| Debtor. | : | Bankruptcy No.   21-13237-**MDC** |

# O R D E R

**AND NOW**, this 20th day of January 2022, it is hereby **ORDERED** that:

1.      The hearing scheduled for January 19, 2022, on the Motion for Relief from Stay,[1]

has been rescheduled to **February 2, 2022, at 10:30 a.m.**, **in Bankruptcy Courtroom No. 2, U.S.**

**Courthouse, 900 Market Street, Philadelphia, Pennsylvania.**

2.      Debtor's counsel, Stephen M. Dunne, **SHALL APPEAR** at the hearing.

_Magdeline D. Coleman_

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Stephen M. Dunne, Esquire
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA 19102

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

---

[1] Bankr. Docket No. 11.