# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Brian D. Ricciardi <br>      Debtor(s) <br><br> PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns <br>      Movant <br>   vs. <br> Brian D. Ricciardi <br>      Debtor(s) <br><br> Gary F. Seitz Esq. <br>      Trustee | CHAPTER 7 <br><br><br> NO. 21-13237 MDC <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Motion for Relief from Stay of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about December 22, 2021, document number 11.

              Respectfully submitted,


              /s/ Rebecca A. Solarz, Esq.
              _____

              Rebecca A. Solarz, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              Phone: (215)-627-1322

Dated: 2/24/2022