United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-13237-mdc

Brian D Ricciardi                                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                        Page 1 of 4

Date Rcvd: Mar 18, 2022                    Form ID: 318                                  Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian D Ricciardi, 612 Edgley Avenue, Glenside, PA 19038-5422 |
| 14654069 | | BB&T, CREDIT CARD DISPUTES, WILSON, NC 27894 |
| 14654099 | + | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 14654108 | + | POLICE & FIRE FCU, 901 ARCH STREET, PHILADELPHIA, PA 19107-2495 |
| 14654103 | + | POLICE & FIRE FCU, ATTN: BANKRUPTCY, 901 ARCH ST, PHILADELPHIA, PA 19107-2495 |
| 14654117 | | STATE FARM BANK, ATTN CREDIT REPORTING, BLOOMINGTON, IL 61702 |
| 14654120 | | TD BANK, N.A., TD BANK USBC, GREENVILLE, SC 29607 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 18 2022 23:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 19 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2022 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 18 2022 23:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14654061 | + | EDI: GMACFS.COM | Mar 19 2022 03:38:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14654063 | + | EDI: GMACFS.COM | Mar 19 2022 03:38:00 | ALLY FINANCIAL, P.O. BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14654066 | + | EDI: CITICORP.COM | Mar 19 2022 03:38:00 | AT & T, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14654067 | + | EDI: CINGMIDLAND.COM | Mar 19 2022 03:38:00 | AT & T, PO BOX 10330, Fort Wayne, IN 46851-0330 |
| 14654065 | + | EDI: CINGMIDLAND.COM | Mar 19 2022 03:38:00 | AT & T, PO BOX 537104, Atlanta, GA 30353-7104 |
| 14654068 | | Email/Text: bankruptcy@bbandt.com | Mar 18 2022 23:35:00 | BB&T, ATTN: BANKRUPTCY, PO BOX 1847, WILSON, NC 27894 |
| 14654070 | + | EDI: CAPITALONE.COM | Mar 19 2022 03:38:00 | CAP ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14654072 | + | EDI: CAPITALONE.COM | Mar 19 2022 03:38:00 | CAP ONE, PO BOX 31293, SALT LAKE CITY, |

District/off: 0313-2
Date Rcvd: Mar 18, 2022

User: admin
Form ID: 318

Page 2 of 4
Total Noticed: 41

UT 84131-0293

| | | | |
|---|---|---|---|
| 14654075 | + EDI: CAPITALONE.COM | Mar 19 2022 03:38:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14654074 | + EDI: CAPITALONE.COM | Mar 19 2022 03:38:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14654085 | + EDI: CITICORP.COM | Mar 19 2022 03:38:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14654083 | + EDI: CITICORP.COM | Mar 19 2022 03:38:00 | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14654089 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2022 23:35:00 | CITIZENS BANK, 480 JEFFERSON BLVD, WARWICK, RI 02886 |
| 14654087 | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 18 2022 23:35:00 | CITIZENS BANK, ATTENTION: ROP-15B, 1 CITIZENS DRIVE, RIVERSIDE, RI 02940 |
| 14654091 | EDI: DISCOVER.COM | Mar 19 2022 03:38:00 | DISCOVER FINANCIAL, POB 15316, WILMINGTON, DE 19850 |
| 14654092 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 18 2022 23:35:00 | FIRST NATIONAL BANK, ATTN: BANKRUPTCY, 3015 GLIMCHER BLVD., HERMITAGE, PA 16148-3343 |
| 14654093 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 18 2022 23:35:00 | FIRST NATIONAL BANK, 4140 E STATE ST, HERMITAGE, PA 16148-3401 |
| 14654094 | + Email/Text: bankruptcy@fult.com | Mar 18 2022 23:35:00 | FULTON BANK, PO BOX 4887, LANCASTER, PA 17604-4887 |
| 14654077 | EDI: JPMORGANCHASE | Mar 19 2022 03:38:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14654080 | EDI: JPMORGANCHASE | Mar 19 2022 03:38:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14654115 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Mar 18 2022 23:35:00 | STATE FARM BANK, ATTN: BANKRUPTCY, PO BOX 3298, MILWAUKEE, WI 53201 |
| 14654095 | Email/Text: camanagement@mtb.com | Mar 18 2022 23:35:00 | M&T CREDIT SERVICES, ATTN: BANKRUPTCY, PO BOX 844, BUFFALO, NY 14240 |
| 14654096 | Email/Text: camanagement@mtb.com | Mar 18 2022 23:35:00 | M&T CREDIT SERVICES, PO BOX 900, MILLSBORO, DE 19966 |
| 14654097 | + Email/Text: bankruptcynotices@psecu.com | Mar 18 2022 23:35:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14654101 | + Email/PDF: ebnotices@pnmac.com | Mar 18 2022 23:40:58 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14654102 | + Email/PDF: ebnotices@pnmac.com | Mar 18 2022 23:40:49 | PENNYMAC LOAN SERVICES, LLC, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14654113 | + EDI: DRIV.COM | Mar 19 2022 03:38:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 14654114 | + EDI: CHRM.COM | Mar 19 2022 03:38:00 | SANTANDER CONSUMER USA, PO BOX 961212, FORT WORTH, TX 76161-0212 |
| 14654119 | EDI: TDBANKNORTH.COM | Mar 19 2022 03:38:00 | TD BANK, N.A., ATTN: BANKRUPTCY, 32 CHESTNUT STREET PO BOX 1377, LEWISTON, ME 04243 |
| 14654121 | + EDI: VERIZONCOMB.COM | Mar 19 2022 03:38:00 | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |
| 14654122 | + EDI: VERIZONCOMB.COM | | |

District/off: 0313-2                    User: admin                    Page 3 of 4
Date Rcvd: Mar 18, 2022                 Form ID: 318                   Total Noticed: 41

|  |  |
|---|---|
| Mar 19 2022 03:38:00 | VERIZON, 500 TECHNOLOGY DR, WELDON SPRING, MO 63304-2225 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14654062 | *+ | ALLY FINANCIAL, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14654064 | *+ | ALLY FINANCIAL, P.O. BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14654071 | *+ | CAP ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14654073 | *+ | CAP ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14654076 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14654086 | *+ | CITIBANK, PO BOX 6217, SIOUX FALLS, SD 57117-6217 |
| 14654084 | *+ | CITIBANK, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14654090 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK, 480 JEFFERSON BLVD, WARWICK, RI 02886 |
| 14654088 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, CITIZENS BANK, ATTENTION: ROP-15B, 1 CITIZENS DRIVE, RIVERSIDE, RI 02940 |
| 14654078 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14654079 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 14654081 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14654082 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14654116 | *P++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961, address filed with court:, STATE FARM BANK, ATTN: BANKRUPTCY, PO BOX 3298, MILWAUKEE, WI 53201 |
| 14654098 | *+ | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14654100 | *+ | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 14654109 | *+ | POLICE & FIRE FCU, 901 ARCH STREET, PHILADELPHIA, PA 19107-2495 |
| 14654110 | *+ | POLICE & FIRE FCU, 901 ARCH STREET, PHILADELPHIA, PA 19107-2495 |
| 14654111 | *+ | POLICE & FIRE FCU, 901 ARCH STREET, PHILADELPHIA, PA 19107-2495 |
| 14654112 | *+ | POLICE & FIRE FCU, 901 ARCH STREET, PHILADELPHIA, PA 19107-2495 |
| 14654104 | *+ | POLICE & FIRE FCU, ATTN: BANKRUPTCY, 901 ARCH ST, PHILADELPHIA, PA 19107-2495 |
| 14654105 | *+ | POLICE & FIRE FCU, ATTN: BANKRUPTCY, 901 ARCH ST, PHILADELPHIA, PA 19107-2495 |
| 14654106 | *+ | POLICE & FIRE FCU, ATTN: BANKRUPTCY, 901 ARCH ST, PHILADELPHIA, PA 19107-2495 |
| 14654107 | *+ | POLICE & FIRE FCU, ATTN: BANKRUPTCY, 901 ARCH ST, PHILADELPHIA, PA 19107-2495 |
| 14654118 | * | STATE FARM BANK, ATTN CREDIT REPORTING, BLOOMINGTON, IL 61702 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2022                    Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 18, 2022 | Form ID: 318 | Total Noticed: 41

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Brian D Ricciardi bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian D Ricciardi** | Social Security number or ITIN    xxx–xx–1067 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:    21–13237–mdc | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian D Ricciardi

3/17/22

**By the court:** <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2